# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/04/2025
CT Log Number 550559772

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Pennsylvania**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Broderick Colleen and John J. Broderick // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Civil Cover Sheet, Notice, Complaint, Verification |
| **COURT/AGENCY:** | Philadelphia County - Court of Common Pleas, PA<br>Case # 251002826 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury - 01/05/2025, Wal-Mart Supercenter Store #2141, located at 1675 S. Columbus Boulevard in Philadelphia, Pennsylvania |
| **PROCESS SERVED ON:** | C T Corporation System, Harrisburg, PA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/04/2025 at 14:23 |
| **JURISDICTION SERVED:** | Pennsylvania |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Thomas A. Sprague<br>SPRAGUE LAW, LLC<br>1845 Walnut Street, 23rd Floor<br>Philadelphia, PA 19103<br>215-561-7681 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/05/2025, Expected Purge Date: 11/15/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>600 N. 2nd Street, Suite 401<br>Harrisburg, PA 17101<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Nov 4, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WAL-MART STORES EAST, LP |
| Case Number | 251002826 |
| Jurisdiction | PA |

| Inserts | | |
|---|---|---|
| | | |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
OCTOBER 2025 02826
E-Filing Number: 2510056254

| | |
|---|---|
| PLAINTIFF'S NAME<br>COLLEEN BRODERICK MRS | DEFENDANT'S NAME<br>WALMART, INC., ALIAS: WALMART |
| PLAINTIFF'S ADDRESS<br>WATERFRONT SQUARE 901 N. PENN ST. #P1501<br>PHILADELPHIA PA 19123 | DEFENDANT'S ADDRESS<br>CT CORPORATION SYSTEM 600 N. SECOND ST. SUITE 401<br>HARRISBURG PA 17101 |
| PLAINTIFF'S NAME<br>JOHN J. BRODERICK MR | DEFENDANT'S NAME<br>WAL-MART STORES EAST, LP |
| PLAINTIFF'S ADDRESS<br>WATERFRONT SQUARE 901 N. PENN ST. #P1501<br>PHILADELPHIA PA 19123 | DEFENDANT'S ADDRESS<br>CT CORPORATION SYSTEM 600 N. SECOND ST. SUITE 401<br>HARRISBURG PA 17101 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>WAL-MART SUPERCENTER STORE #2141 |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>1675 S. COLUMBUS BLVD.<br>PHILADELPHIA PA 19148 |

TOTAL NUMBER OF PLAINTIFFS: 2

TOTAL NUMBER OF DEFENDANTS: 3

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition Action
- [ ] Transfer From Other Jurisdictions
- [ ] Notice of Appeal

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
OCT 24 2025
S. RICE

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: COLLEEN BRODERICK MRS, JOHN J BRODERICK MR

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>THOMAS A. SPRAGUE | ADDRESS<br>1845 WALNUT STREET,<br>23RD FLOOR<br>PHILADELPHIA PA 19103 |
| PHONE NUMBER<br>(215)561-7681 | FAX NUMBER<br>(215)561-6913 |
| SUPREME COURT IDENTIFICATION NO.<br>34716 | E-MAIL ADDRESS<br>TASprague@SpragueLawLLC.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*THOMAS SPRAGUE* | DATE SUBMITTED<br>Friday, October 24, 2025, 11:08 am |

# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# COURT OF COMMON PLEAS OF PHILADELPHIA

Filed and Attested by the Office of Judicial Records
24 OCT 2025 11:08 am
G. RICE

SPRAGUE LAW, LLC
By: Thomas A. Sprague, Esquire (I.D. #34716)
Armando M. Brigandi, Esquire (I.D. #92208)
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
(215) 561-7681
TASprague@SpragueLawLLC.com
ABrigandi@SpragueLawLLC.com
Counsel for Plaintiff

| | | |
|---|---|---|
| **Colleen Broderick and John J. Broderick, h/h** **Plaintiffs,** | : | **Court of Common Pleas Philadelphia County** |
| **v.** | : | **October Term, 2025** |
| **Walmart, Inc. d/b/a Walmart, Wal-Mart Stores East, LP and Wal-Mart Supercenter Store #2141** **Defendants.** | : | **Case No.** |

## NOTICE TO DEFEND

### NOTICE

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

***You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.***

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

***Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.***

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**SPRAGUE LAW, LLC**
By: Thomas A. Sprague, Esquire (I.D. #34716)
Armando M. Brigandi, Esquire (I.D. #92208)
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
(215) 561-7681
TASprague@SpragueLawLLC.com
ABrigandi@SpragueLawLLC.com
Counsel for Plaintiffs

| | |
|---|---|
| Colleen Broderick and John J. Broderick, h/h<br>Waterfront Square, 901 N. Penn St. #P1501<br>Philadelphia, PA, 19123,<br><br>Plaintiffs,<br><br>v.<br><br>Walmart, Inc., d/b/a Walmart<br>c/o CT Corporation System<br>600 N. Second St., Suite 401<br>Harrisburg, PA 17101,<br><br>and<br><br>Wal-Mart Stores East, LP<br>c/o CT Corporation System<br>600 N. Second St., Suite 401<br>Harrisburg, PA 17101,<br><br>and<br><br>Wal-Mart Supercenter Store #2141<br>1675 S. Columbus Blvd.<br>Philadelphia, PA 19148,<br><br>Defendants. | Court of Common Pleas<br>Philadelphia County<br><br>October Term, 2025<br><br>No.<br><br>**JURY TRIAL DEMANDED** |

**<u>Complaint – Civil Action</u>**
**(2S – Premises Liability – Slip & Fall)**

1. Plaintiffs Colleen Broderick and John J. Broderick are citizens and residents of the Commonwealth of Pennsylvania, residing together as married individuals at Waterfront Square, 901 N. Penn St. #P1501, Philadelphia, Pennsylvania 19123.

2. Defendant Walmart, Inc., d/b/a Walmart, is a Delaware corporation having its principal place of business at 1 Customer Drive in Bentonville, Arkansas and a registered office in the Commonwealth of Pennsylvania at CT Corporation System at 600 N. Second Street, Suite 401, Harrisburg, Pennsylvania 17101. Defendant Walmart, Inc. regularly conducts business throughout the Commonwealth of Pennsylvania and Philadelphia County.

3. Defendant Wal-Mart Stores East, LP is a limited partnership formed in the state of Delaware and has a registered office in the Commonwealth of Pennsylvania at CT Corporation System at 600 N. Second Street, Suite 401, Harrisburg, Pennsylvania 17101. Defendant Wal-Mart Stores East, LP regularly conducts business throughout the Commonwealth of Pennsylvania and Philadelphia County.

4. Defendant Wal-Mart Supercenter Store #2141 is a business entity located at 1675 S. Columbus Boulevard in Philadelphia, Pennsylvania and is believed, and therefore averred, to be owned by defendant Wal-Mart Stores East, LP. Defendant Wal-Mart Supercenter Store #2141 regularly conducts business in the Commonwealth of Pennsylvania and Philadelphia County.

5. At all times relevant hereto, defendants were acting by and through their agents, servants, employees and/or contractors, who were acting in the course of their employment, within the scope of their authority, in furtherance of defendants' business and under defendants' control or right to control.

6. Jurisdiction and venue are proper in this Court, pursuant to 42 Pa.C.S. §5322 and Pa.R.Civ.P. 1006, 2130 and 2179, inasmuch as defendants regularly conduct business in Philadelphia County and the cause of action rose in Philadelphia County.

7. At all times relevant hereto, defendants owned, operated, managed, possessed, maintained and/or controlled the Wal-Mart Supercenter Store #2141 (store) located at 1675 South Columbus Boulevard in Philadelphia, Pennsylvania.

8. On January 5, 2025, at approximately 9:30 a.m., plaintiff Colleen Broderick (plaintiff) went to defendants' store at the above-referenced location to shop for groceries.

9. At approximately 9:55 a.m., plaintiff was carrying several store items she intended to purchase and walking towards the cheese department located at the back of defendants' store.

10. As plaintiff was walking to the cheese section, plaintiff slipped and fell on a number of loose blueberries on the floor- -which did not belong to plaintiff and were not a part of the items she was carrying- -causing plaintiff to strike her head and body against the floor and suffer serious personal injuries as set forth below.

11. At all times relevant hereto, plaintiff was a business and public invitee of defendants.

12. At all times relevant hereto, defendants owed its business patrons and invitees, including plaintiff, the highest duty of care, including the duties to maintain its premises in a reasonably safe condition for the contemplated and intended use thereof, to warn of any failure to maintain its premises in that condition, and to conduct reasonable inspections of its premises to discover any latent defects or unsafe or dangerous conditions, followed by such repairs, remedies, safeguards and/or warnings as may be reasonably necessary for the protection of defendants' invitees under the circumstances.

13. At all times relevant hereto, defendants owed their invitees, including plaintiff, the highest duty to protect invitees not only against known dangers but also against those which

might be discovered with reasonable care. Defendants further owed their invitees, including plaintiff, a duty to exercise reasonable care to discover accidental, negligent or even intentionally harmful acts by third parties, and provide adequate warning to enable invitees to avoid the harm, or otherwise protect them against it.

14. Prior to plaintiff's accident, defendants knew or should have known that the floor where plaintiff fell was in an unsafe condition and was in a location regularly used by defendants' staff and customers alike.

15. Plaintiff's accident was caused solely by defendants' negligence and carelessness, and was not due to any act or failure to act by plaintiff.

16. As a result of defendants' negligence and carelessness, as set forth more fully below, plaintiff Colleen Broderick suffered serious personal injuries including but not limited to: a laceration to the back of the head requiring two staples to close; a hematoma in the back of the head; a traumatic brain injury with loss of consciousness; frequent post-concussive headaches that cause severe dizziness; tinnitus and asymmetrical sensorineural hearing loss in the left ear; injuries to the left shoulder including radicular pain down her left arm and tears of the left rotator cuff and shoulder muscles which will likely necessitate a shoulder replacement; cervical and lumbar pain and strain; balance and gait dysfunction; aggravation and exacerbation of pre-existing cervical and/or lumbar disc degeneration; injuries to the left elbow and knee, including joint effusion and severe aggravation of osteoarthritis in the left knee; impaired and restricted range of motion; injuries to the muscles, tendons, ligaments, discs, joints, nerves and body tissues; and other injuries, the full extent of which may not yet be known, and which may continue for an indefinite time into the future and be permanent in nature.

17. As a further result of defendants' negligence and carelessness, plaintiff has experienced severe physical pain and suffering, emotional distress, disfigurement, embarrassment, humiliation, and loss of life's pleasures, and may continue to do so for an indefinite amount of time in the future.

18. As a further result of defendants' negligence and carelessness, plaintiff has been unable to perform or limited in performing her usual duties, activities and avocations, which may continue for an indefinite time in the future.

19. As a further result of defendants' negligence and carelessness, plaintiff has incurred and may continue to incur various and substantial expenses which are reasonable and necessary as a result of her injuries.

**Count One**

**Colleen Broderick v. Walmart, Inc., d/b/a Walmart, Wal-Mart Stores East, LP and Wal-Mart Supercenter Store #2141**

**(Negligence)**

20. Plaintiff Colleen Broderick incorporates by reference the averments in paragraphs 1 through 19 of plaintiffs' Complaint as though fully set forth at length.

21. Defendants are liable for the acts and omissions of their agents, servants and employees.

22. Defendants' negligence and carelessness consisted of:

a) allowing a dangerous, defective, hazardous and/or unsafe condition to exist on its premises;

b) allowing and permitting to remain on the premises a condition which constituted an unreasonable and unsafe hazard and danger to the public in general and to the plaintiff, Colleen Broderick, in particular;

c) failing to properly maintain reasonable and safe passage in their store so that plaintiff would not be subject to unreasonable risk of harm;

d) failing to properly inspect, monitor and/or discover the unsafe condition of its premises;

e) failing to maintain and/or clean the area of the aforementioned accident in a reasonable, adequate, safe, prudent and/or timely manner;

f) failing to warn plaintiff of the defective, hazardous and/or unsafe condition of its flooring;

g) failing to erect a barrier to prevent defendants' customers/invitees from walking in the vicinity of the unsafe condition or otherwise identify the area as unsafe; and

h) failing to provide properly trained, experienced and supervised agents, servants and employees.

23. As a result of defendants' negligence and carelessness, plaintiff suffered the injuries, damages and losses set forth above and incorporated herein by reference.

WHEREFORE, plaintiff Colleen Broderick demands judgment against defendants Walmart, Inc., d/b/a Walmart, Wal-Mart Stores East, LP and Wal-Mart Supercenter Store #2141, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), together with delay damages, interest, costs, and other such relief as the Court deems just and proper.

**Count Two**

**John J. Broderick v. Walmart, Inc., d/b/a Walmart, Wal-Mart Stores East, LP and Wal-Mart Supercenter Store #2141**

**(Loss of Consortium)**

24. Plaintiff John J. Broderick incorporates by reference the averments in paragraphs 1 through 23 of plaintiffs' Complaint as though fully set forth at length.

25. As a result of defendants' negligence and carelessness, plaintiff John J. Broderick has been deprived of the companionship, comfort, services, society and consortium of his wife Colleen Broderick.

WHEREFORE, plaintiff John J. Broderick demands judgment against defendants Walmart, Inc., d/b/a Walmart, Wal-Mart Stores East, LP and Wal-Mart Supercenter Store #2141, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), together with interest, costs, and other such relief as the Court deems just and proper.

**SPRAGUE LAW, LLC**

By: /s/ Thomas A. Sprague

Thomas A. Sprague, Esquire (I.D. #34716)
Armando M. Brigandi, Esquire (I.D. #92208)
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
(215) 561-7681

Counsel for Plaintiffs,
Colleen Broderick and John J. Broderick

**VERIFICATION**

I, Colleen Broderick, do hereby verify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief. I do further understand that these statements are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

Date: 10/23/25

Colleen Broderick